**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 96-2470

———————

Leonard A. Tucker,       *

                      *

       Appellant,      *

                      *  Appeal from the United States

    v.                 *  District Court for the

                      *  Eastern District of Missouri.

United States of America,      *

                      *  **[UNPUBLISHED]**

       Appellee.       *

———————

Submitted:  March 28, 1997

Filed:  April 25, 1997

———————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Leonard Tucker pleaded guilty to to using or carrying a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1). He did not appeal, but filed the instant 28 U.S.C. § 2255 motion contending that this conviction is invalid under <u>Bailey v. United States</u>, 116 S. Ct. 501 (1995). The district court[1] denied relief, and Tucker appeals.

Assuming this claim is even cognizable under § 2255, it is procedurally defaulted. Tucker cannot show cause or prejudice for this default because, in pleading guilty, he stipulated that he was carrying a concealed firearm on his person while committing a drug

———————

[1]The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

trafficking crime.  Accordingly, we affirm.  <u>See</u> <u>United States v. Willis</u>, 89 F.3d 1371, 1378-79 (8th Cir.), <u>cert. denied</u>, 117 S. Ct. 273 (1996); <u>United States v. White</u>, 81 F.3d 80, 83 (8th Cir. 1996).  Tucker's motion for appointment of counsel is denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.